THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONALD W. MORGAN, *et al.*, | CASE NO. C17-0754-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CAPITOL INDEMNITY CORPORATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation that a settlement agreement has been reached, which remains subject only to approval by the Bankruptcy Court. (Dkt. No. 34 at 2.) This Court recently ordered the matter transferred to the Western District of Wisconsin. (Dkt. No. 25.) The parties request this Court stay the transfer until such time as the Bankruptcy Court has ruled on the settlement agreement. The motion (Dkt. No. 34) is **GRANTED**. Transfer to the Western District of Wisconsin is stayed pending approval or disapproval of the settlement by the Bankruptcy Court. This Court retains jurisdiction over the matter solely for the purpose of (a) entering an Order of Dismissal with Prejudice and without Costs or Fees if the Bankruptcy Court approves the settlement, or (b) lifting the stay should the Bankruptcy Court disapprove the

settlement. Further, in light of the current bankruptcy proceeding, the Clerk is **DIRECTED** to revise the captioned Plaintiff in this matter from Donald W. Morgan to **Jeffery B. Earl, Trustee for the Chapter 7 Bankruptcy Estate of Donald W. Morgan**.

DATED this 12th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
